1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEALTH INTEGRATED, INC., and EXLSERVICE TECHNOLOGY SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH PLAN OF WASHINGTON,<br><br>Defendant. | Case No.C18-1522 RSM<br><br>**STIPULATED MOTION AND ORDER TO STRIKE OR EXTEND CERTAIN DEADLINES** |

The parties submit this joint request for an order to strike or extend certain deadlines pursuant to LCR 16(b)(5). The defendants filed a motion to dismiss and to compel arbitration, noted for December 7, 2018 (Dkt. 7). The pending motion provides good cause to strike or extend the deadlines for a Rule 26 conference, initial disclosures, and filing of a joint status report and discovery plan set by Order dated October 24, 2018 (Dkt. 4).

Accordingly, the parties propose entry of the following order, and defer to the Court whether the deadlines be stricken or extended. If the Court has no preference, the parties request that the Court strike the deadlines pending a decision on the motion.

DATED this 20th day of November, 2018.

STIPULATED MOTION AND ORDER TO STRIKE OR EXTEND
CERTAIN DEADLINES - 1
No.2:18-cv-01522

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| PERKINS COIE LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
| By: *s/ Matthew P. Gordon* <br> By: *s/ David B. Robbins* <br> By: *s/ Heath L. Hyatt* <br>     Matthew P. Gordon, WSBA #41128 <br>     David B. Robbins, WSBA #13628 <br>     Heath L. Hyatt, WSBA #54141 <br>     1201 Third Avenue, Suite 4900 <br>     Seattle, WA 98101 <br>     Phone: (206) 359-8000 <br>     Fax: (206) 359-9000 <br>     Email: MGordon@perkinscoie.com <br>     Email: DRobbins@perkinscoie.com <br>     Email: HHyatt@perkinscoie.com <br><br> *Attorneys for Defendant Community Health Plan of Washington* | By: *s/ Tyler L. Farmer* <br> By: *s/ John C. Burzynski* <br>     Tyler L. Farmer, WSBA #39912 <br>     John C. Burzynski, WSBA #52605 <br>     999 Third Avenue, Suite 4400 <br>     Seattle, WA 98104 <br>     Phone: (206) 623-1700 <br>     Fax: (206) 623-8717 <br>     Email: tylerf@harriganleyh.com <br>     Email: johnb@harriganleyh.com <br><br> *Attorneys for Plaintiffs Health Integrated, Inc., and ExlService Technology Solutions, LLC* <br><br> BUSH ROSS, P.A. <br><br> By: *s/ J. Carter Andersen* <br> By: *s/ Bryan D. Hull* <br>     J. Carter Andersen (Florida Bar No. 0143626)* <br>     Bryan D. Hull (Florida Bar No. 20969)* <br>     1801 N. Highland Avenue <br>     Tampa, FL 33602 <br>     Phone: (813) 224-9255 <br>     Fax: (813) 223-9620 <br>     Email: candersen@bushross.com <br>     E-mail: bhull@bushross.com <br><br> *Attorneys for Plaintiffs Health Integrated, Inc.* |

## ORDER

For good cause, the Court hereby:

Strikes the deadlines set in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 4), pending a decision on the defendant's Motion to Dismiss and Compel Arbitration (noted for December 7, 2018) (Dkt. 7).

//

STIPULATED MOTION AND ORDER TO STRIKE OR EXTEND CERTAIN DEADLINES - 2
No.2:18-cv-01522

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 21st day of November 2018.

*signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

| PERKINS COIE LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/ Matthew P. Gordon* | By: *s/ Tyler L. Farmer* |
| By: *s/ David B. Robbins* | By: *s/ John C. Burzynski* |
| By: *s/ Heath L. Hyatt* | Tyler L. Farmer, WSBA #39912 |
| Matthew P. Gordon, WSBA #41128 | John C. Burzynski, WSBA #52605 |
| David B. Robbins, WSBA #13628 | 999 Third Avenue, Suite 4400 |
| Heath L. Hyatt, WSBA #54141 | Seattle, WA 98104 |
| 1201 Third Avenue, Suite 4900 | Phone: (206) 623-1700 |
| Seattle, WA 98101 | Fax: (206) 623-8717 |
| Phone: (206) 359-8000 | Email: tylerf@harriganleyh.com |
| Fax: (206) 359-9000 | Email: johnb@harriganleyh.com |
| Email: MGordon@perkinscoie.com | |
| Email: DRobbins@perkinscoie.com | *Attorneys for Plaintiffs Health Integrated, Inc., and ExlService Technology Solutions, LLC* |
| Email: HHyatt@perkinscoie.com | |

*Attorneys for Defendant Community Health Plan of Washington*

BUSH ROSS, P.A.

By: *s/ J. Carter Andersen*
By: *s/ Bryan D. Hull*
  J. Carter Andersen (Florida Bar No. 0143626)*
  Bryan D. Hull (Florida Bar No. 20969)*
  1801 N. Highland Avenue
  Tampa, FL 33602
  Phone: (813) 224-9255
  Fax: (813) 223-9620
  Email: candersen@bushross.com
  E-mail: bhull@bushross.com

*Attorneys for Plaintiffs Health Integrated, Inc.*

STIPULATED MOTION AND ORDER TO STRIKE OR EXTEND
CERTAIN DEADLINES - 3
No.2:18-cv-01522