1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

HEALTH INTEGRATED, INC., and
EXLSERVICE TECHNOLOGY
SOLUTIONS, LLC,

9

Case No. C18-1522 RSM

10

Plaintiffs,

**JOINT STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

11

v.

12

COMMUNITY HEALTH PLAN OF
WASHINGTON,

13

14

Defendant.

15

16

On January 31, 2019, the Court granted Defendant Community Heath Plan of Washington's

17

(CHPW) motion to dismiss and compel arbitration, dismissing this matter without prejudice (Dkt.

18

19).  Plaintiffs Health Integrated, Inc. (HI) and EXLService Technology Solutions, LLC (EXL)

19

filed an appeal and agreed to mediation with CHPW while the appeal was pending.  The parties

20

successfully mediated their dispute and have entered into a negotiated settlement agreement

21

resolving all claims.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby

22

stipulate to the Dismissal with Prejudice of this action, with each party to bear its own attorney's

23

fees and costs.

24

DATED this 15th day of October, 2019.

25

STIPULATED MOTION AND ORDER TO DISMISS ACTION WITH
PREJUDICE - 1
No.2:18-cv-01522

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

PERKINS COIE LLP

By: */s Matthew P. Gordon*
    Matthew P. Gordon, WSBA #41128
    David B. Robbins, WSBA #13628
    Heath L. Hyatt, WSBA #54141
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101
    Phone: (206) 359-8000
    Fax: (206) 359-9000
    Email:  MGordon@perkinscoie.com
    Email:  DRobbins@perkinscoie.com
    Email:  HHyatt@perkinscoie.com

*Attorneys for Defendant Community Health*
*Plan of Washington*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: */s Tyler L. Farmer*
    Tyler L. Farmer, WSBA #39912
    John C. Burzynski, WSBA #52605
    Caitlin B. Pratt, WSBA #48422
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Phone: (206) 623-1700
    Fax: (206) 623-8717
    Email:  tylerf@harriganleyh.com
    Email:  johnb@harriganleyh.com
    Email:  caitlinp@harriganleyh.com

*Attorneys for Plaintiffs Health Integrated, Inc., and*
*ExlService Technology Solutions, LLC*

BUSH ROSS, P.A.

By: */s J. Carter Andersen*
    J. Carter Andersen (Florida Bar No. 0143626)*
    Bryan D. Hull (Florida Bar No. 20969)*
    1801 N. Highland Avenue
    Tampa, FL 33602
    Phone: (813) 224-9255
    Fax: (813) 223-9620
    Email: candersen@bushross.com
    Email: bhull@bushross.com

*Attorneys for Plaintiffs Health Integrated, Inc.*

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

## ORDER

The stipulation is approved. The entire action is dismissed with prejudice.


DATED this 18ᵗʰ day of October 2019.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

PERKINS COIE LLP

By: */s Matthew P. Gordon*
    Matthew P. Gordon, WSBA #41128
    David B. Robbins, WSBA #13628
    Heath L. Hyatt, WSBA #54141
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    Phone: (206) 359-8000
    Fax: (206) 359-9000
    Email: MGordon@perkinscoie.com
    Email: DRobbins@perkinscoie.com
    Email: HHyatt@perkinscoie.com

*Attorneys for Defendant Community Health Plan of Washington*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: */s Tyler L. Farmer*
    Tyler L. Farmer, WSBA #39912
    John C. Burzynski, WSBA #52605
    Caitlin B. Pratt, WSBA #48422
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Phone: (206) 623-1700
    Fax: (206) 623-8717
    Email: tylerf@harriganleyh.com
    Email: johnb@harriganleyh.com
    Email: caitlinp@harriganleyh.com

*Attorneys for Plaintiffs Health Integrated, Inc., and ExlService Technology Solutions, LLC*

BUSH ROSS, P.A.

By: */s J. Carter Andersen*
    J. Carter Andersen (Florida Bar No. 0143626)*
    Bryan D. Hull (Florida Bar No. 20969)*
    1801 N. Highland Avenue
    Tampa, FL 33602
    Phone: (813) 224-9255
    Fax: (813) 223-9620
    Email: candersen@bushross.com
    Email: bhull@bushross.com

*Attorneys for Plaintiffs Health Integrated, Inc.*

STIPULATED MOTION AND ORDER TO DISMISS ACTION WITH
PREJUDICE - 3
No.2:18-cv-01522

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717